# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ V.S. _____

PERSON REPRESENTED (Show your full name): **Rohit Mehra**

FOR: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS
AT: FILED FEB 27 2013 CLERK, U.S. DISTRICT COURT By _____ Deputy

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: _____
District Court: **3:13CR065-M (05)**
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: **Vice President, Infovision, 8805 Campbell Road, Richardson, TX**
IF YES, how much do you earn per month? $ **15000.00**
IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ **6500.00**
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ **50000.00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: **3**

List persons you actually support and your relationship to them:
**Saloni Mehra**
**Shagun Mehra**
**Amaira Mehra**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: **own**

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Rohit Mehra*