# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **MARIE RAMOS**
LAW CLERK _____
INTERPRETER _____
A.M. _____ P.M. 2:00

COURT REPORTER/TAPE ___FTR___
USPO _____
COURT TIME: 1 MIN.
DATE: February 27, 2013

---

CR. No. **3:13-CR-065-M** DEFT No. **(05)**

UNITED STATES OF AMERICA §
§
v. §
§
ROHIT MEHRA §
Defendant's Name

CYNTHIA GOODMAN, AUSA

JOHN TEAKEL  R
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

[X] Defendant SWORN.

[X] **arr.** Arraignment  [ ] **rearr.** Rearraignment - Held on count(s) **1, 2-11**
   of the **11** count(s) [X] Indictment [ ] Information [ ] Superseding Indictment [ ] Superseding Information.

[ ] New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

[X] **pl.** Deft enters a plea of  [X] **ngpl.** (not guilty)  [ ] **gpl.** (guilty)  [ ] **nolopl.** (nolo)

[ ] Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

[ ] Waiver of Jury Trial

[ ] **wvindi.** Waiver of Indictment, filed.

[ ] Plea Agreement accepted.  [ ] Court defers acceptance of Plea Agreement.

[ ] **plag.** Plea Agreement filed (see agreement for details).  [ ] No Plea Agreement.

[ ] Plea Agreement included with Factual Resume.

[ ] **facres.** Factual Resume filed.

[ ] **sen.** Sentencing set _____ at _____ a.m./p.m.

[X] **jytrl.** Trial set for **TBA** at _____ a.m./p.m.
   Pretrial motions due: _____. Discovery motions/Government Responses due: _____.

[ ] Order for PSI, Disclosure Date and Setting Sentencing entered.

[ ] **wvpsi.** PSI waiver filed. [ ] PSI due: _____. [ ] Presentence Referral Form to: _____.

[X] **o.(bnd.)** Defts bond [ ] set [ ] reduced to $ _____  [ ] Cash [ ] Surety [ ] 10% [X] PR

[ ] **owarr.** Deft failed to appear, bench warrant to issue.

[X] Bond [X] continued [ ] forfeited

[ ] Deft Custody/Detention continued.

[ ] **loc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy