ORIGINAL

U.S. MARSHALS SERVICE
N/TX DALLAS OFFICE
2013 FEB 20 PM 4:47

# United States District Court
## Northern District of Texas
### Dallas Division

SEALED

UNITED STATES OF AMERICA

V.

ROHIT MEHRA

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-065-M-(05)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ROHIT MEHRA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Visa Fraud
Wire Fraud

in violation of Title   18; 8; 18

United States Code, Section(s)

371; 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i) ; 1343; 2

2013 MAR 4 PM 1:57
CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED
DEPUTY CLERK

| Karen Mitchell, U.S. District Court Clerk | /s/ Karen Mitchell |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S Magistrate Judge Paul D. Stickney | Feb 20, 2013 — Dallas, TX |
| | Date — Location |

s/ Y. Pace
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

5945 Parker RD Plano TX

DATE RECEIVED: 2·26·13
DATE OF ARREST: 2·27·13

NAME AND TITLE OF ARRESTING OFFICER: Scot Milline 8?

SIGNATURE OF ARRESTING OFFICER: [signature]

F ID: 9144882