UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 3:13-CR-00065-M-5 |
| | § | |
| ROHIT MEHRA | § | |

**ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the undersigned counsel, John R. Teakell, and gives notice to the Court of his representation of, and appearance for, Defendant ROHIT MEHRA, in the above referenced case.

Respectfully submitted,

 /s/ John Teakell
JOHN TEAKELL, Attorney
Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele.   (214) 523-9076
Fax     (214) 523-9077

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Entry of Appearance as Counsel was served on the United States Attorney's Office via electronic transmission on this 12th day of March 2013.

 /s/ John Teakell
JOHN R. TEAKELL